In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00344-CR
_____

JON M. WALECKI A/K/A JON MICHAEL WALECKI, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 11-11749

MEMORANDUM OPINION

Jon M. Walecki pleaded guilty under a plea agreement to burglary of a building. The trial court placed him on deferred adjudication community supervision. Walecki violated the conditions of his community supervision. The State filed a motion to revoke. The trial court revoked the supervision, adjudicated guilt, and sentenced Walecki to two years of confinement in the state jail.

Walecki's appellate counsel filed a brief that presents counsel's professional evaluation of the record. Counsel concludes that there are no arguable grounds for

appeal. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a pro se response. Walecki filed a response.

We have reviewed the clerk's record, the reporter's record, the *Anders* brief, and the pro se response. We agree with counsel's conclusion that no arguable issues support an appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). The trial court's judgment is affirmed.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on April 30, 2013
Opinion Delivered May 8, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.

2